A copy of this order shall be given to the Secrétary of the State Bar of Michigan and to the Court Administrator so they may make the notifications specified in GCR 1963, 933. Any comments concerning the proposed amendment of DCR 2003 should be forwarded to the Clerk of the Michigan Supreme Court within 60 days from the publication of this order in the State Bar Journal.

MAY 27, 1976

CREECH v CONSUMERS POWER COMPANY. (Docket No. 56781.) Motion by plaintiffs-appellants for reconsideration of this Court's order of December 23, 1975 (395 Mich 823), is denied. *Milan & Miller* for plaintiffs-appellants. Reported below: 59 Mich App 167.

DETROIT POLICE OFFICERS ASSOCIATION v CITY OF DETROIT. (Docket No. 57203). Motion for reconsideration by respondent-appellant of this Court's order of September 17, 1975 (395 Mich 756) is denied. *Kermit G. Bailer,* Corporation Counsel, and *Ronald Zajac, Michael Hurvitz,* and *Frank W. Jackson,* Assistants Corporation Counsel, for respondent-appellant. *Gregory, VanLopik & Higle* for charging party-appellee. *Varnum, Riddering, Wierengo & Christenson* for the City of Grand Rapids as amicus curiae. Reported below: 61 Mich App 487.

PEOPLE v MISURACA. (Docket No. 55387.) Motion by defendant-appellant for reinstatement is denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Frank D. Willis,* Prosecuting Attorney, for the people. *Horace W. Adams* for defendant-appellant.

WILLIAMS and FITZGERALD, JJ., not participating.